IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JEFFREY LEE MOORE,

    Plaintiff,

v.                                                      Civil Action No. **3:14CV499**

**RIVERSIDE REGIONAL JAIL,** *et al.*,

    Defendants, *et al.*

## MEMORANDUM OPINION

By Memorandum Order entered on August 21, 2014, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address. On November 12, 2015, the United States Postal Service returned a October 15, 2015 Memorandum Order to the Court marked, "RETURN TO SENDER" and "MOVED WITHOUT FORWARDING ADDRESS." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
John A. Gibney, Jr.
United States District Judge

Date: 11/18/15
Richmond, Virginia